**Order entered October 1, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00798-CV

**DAVID FLORES, Appellant**

**V.**

**BLANCA FLORES, Appellee**

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-17367**

## ORDER

We **GRANT** appellee's September 28, 2015 second motion for an extension of time to file a brief. Appellee shall file a brief by **OCTOBER 12, 2015**. We caution appellee that no further extension of time will be granted absent extraordinary circumstances.

/s/    ELIZABETH LANG-MIERS
JUSTICE